# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER M. MANION**                                                                              **PLAINTIFF**

**v.**                    **Case No. 4:19-cv-00236-KGB/PSH**

**ANDREW SAUL, Commissioner of**
**Social Security Administration**                                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris (Dkt. No. 18). Plaintiff Christopher M. Manion has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 18). It is therefore ordered that the Commissioner's decision is affirmed, and Mr. Manion's complaint is dismissed with prejudice. Judgment will be entered accordingly.

It is so ordered this 21st day of September, 2020.

_____
Kristine G. Baker
United States District Judge