# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER M. MANION**                                                                 **PLAINTIFF**

**v.**                         **Case No. 4:19-cv-00236-KGB/PSH**

**ANDREW SAUL, Commissioner of**
**Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed, and plaintiff Christopher M. Manion's complaint is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 21st day of September, 2020.

_____
Kristine G. Baker
United States District Judge